# SUPREME COURT OF HAWAI'I

**January 24, 2014**

| | | |
|---|---|---|
| SCWC –12– 0000 711 | Title Guar. Escrow Services, Inc. v. Szymanski | Vacated and Remanded |

**January 27, 2014**

| | | |
|---|---|---|
| SCWC –11– 0000 344 | State v. Pai | Vacated and Remanded |

**January 31, 2014**

| | | |
|---|---|---|
| SCWC –307 01 | State v. Avilla | Vacated and Remanded |

**February 6, 2014**

| | | |
|---|---|---|
| SCWC –11– 0000 774 | State v. Rivera | Vacated and Remanded |